ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    NOTICE OF INTENT TO
                                         FILE AN INFORMATION
            v.                      :
                                         08 Cr. __
CHANNING SOLOMON,                   :

                    Defendant.           **08 CRIM 539**

- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 22, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     /s/ Mark Lanpher
                                _____
                                MARK LANPHER
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                        By:     _____
                                TELESFORO DEL VALLE, ESQ.
                                Attorney for Channing Solomon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

5/29/08  INITIAL A