```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INFORMATION

        - v. -                    :    08 Cr.

CHANNING SOLOMON,                 :

                Defendant.        :

- - - - - - - - - - - - - - - - - - x
```




Count One

The United States Attorney charges:

In or about January 2008, in the Southern District of New York, CHANNING SOLOMON, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 5, 2002, for Attempted Criminal Possession of a Controlled Substance in the Third Degree, a Class C Felony, in violation of New York Penal Law 220.16, in New York County Criminal Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a .22 caliber Rohm revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney