UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

United States of America,

            -against-

Channing Solomon,

            Defendant.

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/30/08

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

08 Cr. 539(AKH)(KNF)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Kevin N. Fox on June 13, 2008;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED

Dated:    New York, New York
             6-27-08

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge